# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA - Phoenix

MAGISTRATE JUDGE'S MINUTES

DATE: 11/13/01    CASE NUMBER: CR 01-01030-002-PCT-JAT

X FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 15 2001
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

USA vs. Theresa Wagon

U.S. MAGISTRATE JUDGE: VIRGINIA A. MATHIS #: 70BF

A.U.S. Attorney Michael Kemp        INTERPRETER_____
                                    LANGUAGE_____

Attorney for Defendant Joanne Landfair (Appointed)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ RELEASED

DOA___                ☐ Initial Appearance           ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken  ☐ No Financial Afdvt taken  ☐ Financial Afdvt sealed
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

---

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset

Set for:
Before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
☐ Flight risk  ☐ Danger

**ARRAIGNMENT HEARING:**
☒ Held  ☐ Con't  ☐ Reset

Set for:
Before:

Plea of NOT guilty entered to Counts <u>all pending</u>.

DATE OF MOTION DEADLINE: <u>30 days</u>

Defendant bound over to U.S.D.C. for trial on <u>1/8/02 at 9:00 AM</u> in <u>Prescott</u> before <u>JUDGE TEILBORG</u>

---

**STATUS HEARING RE :**

Other: The previous conditions of release shall remain in effect except that Defendant may travel to New Mexico, Utah and Colorado so long as Defendant stays within a 100 mile radius of where she resides.

The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 ___ will commence on ___ thru ___ for a total of ___ days.

RECORDED: Cass. <u>M01-122 & M01-123</u>
BY: Lisa M. Richter
Deputy Clerk

35