(Notice.Related.Cases2/2007)

# UNITED STATES PROBATION
# DISTRICT OF ARIZONA

X FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 21 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## NOTICE OF RELATED CASES

Defendant **WAGON, Theresa**          Docket No: **01CR01030-002-PCT-FJM**

*Revocation Proceedings*

Local Rule Criminal 5.1(a), refers to the matter of a defendant charged with a new crime and currently on supervised release, stating the new case shall be assigned to the Judge presiding over the revocation proceedings.

Local Rule Criminal 5.3 [see Rule 42.1(a)(1), Local Rules of Civil Procedure], refers to reassignment of cases when two or more cases are pending before different District Judges and such cases are related and would entail substantial duplication of labor if heard by different District Judges. In this situation, the matter is to be heard by the District Judge assigned to the case with the lowest number.

The Probation Office for the District of Arizona hereby notifies the Clerk's Office that:

*(Check A, B or C)*

(A) ___ A petition has been filed to revoke the above named defendant's supervision. The Clerk of the Court is requested to assign the new criminal case to the Honorable _ as revocation/disposition proceedings are pending. The current magistrate number assigned to this new case is _.

(B) ___ The above named defendant has entered a plea of guilty in and sentencing is scheduled for , before the Honorable .

(C) ✓ A petition has been prepared to initiate supervision violation proceedings in multiple cases. The Clerk of the Court is advised the criminal case with the lowest case number is **01CR01030**, which is assigned to the Honorable **Frederick J Martone**. Violation proceedings are also sought in case number **04CR01000**, which is assigned to the Honorable **Susan R Bolton**.

(D) ___ Petitions to revoke the above named offender's supervision have been filed. These related petitions, filed in Docket and Docket, are both assigned to the Honorable .

U. S. Probation Officer                    3/16/07  Date

COURT/ CLERK'S OFFICE/ FILE