# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
120 South Federal Place
P.O. Box 2384
Santa Fe, NM 87504-2384
(505) 988-6481
Fax (505) 988-6473

200 East Griggs
Las Cruces, NM 88001
(505) 528-1400
Fax (505) 528-1425

August 3, 2007

```
✓ FILED        ___ LODGED
___ RECEIVED   ___ COPY

   AUG 0 8 2007

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Richard H. Weare, Clerk
U.S. District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St., Ste. 130, SPC 1
Phoenix, Arizona 85003-2118

      Re:  **USA v. THERESA WAGON**
           Your No. CR 04-1000-1 PHX SRB and CR 01-1030-02-PCT-FJM
           Our No. 07MJ1487 and 07MJ1488

Dear Mr. Weare:

      The above numbered case has been removed to your District pursuant to an Order by this Court. **THERESA WAGON** appeared in our district, waived identity, and was ordered detained and removed to your district pursuant to a Commitment Order.

      You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.nmd.uscourts.gov. Any documents not available electronically are enclosed in paper format.

      Please acknowledge receipt on the enclosed copy of this letter and return to this office.

                              Sincerely,
                              MATTHEW J. DYKMAN, Clerk

                              By: _____
                              Magistrate Courtroom Deputy

# U.S. District Court
## District of New Mexico - Version 3.0 (Albuquerque)
## CRIMINAL DOCKET FOR CASE #: 1:07-mj-01488-DJS All Defendants

Case title: USA v. Wagon

Date Filed: 07/23/2007
Date Terminated: 08/03/2007

Assigned to: Magistrate Judge Don J. Svet

**Defendant**

**Theresa Wagon** (1)
*TERMINATED: 08/03/2007*

represented by **Stephen P. McCue**
Federal Public Defender
111 Lomas NW Suite 501
Albuquerque, NM 87102
505 346 2489
Fax: 505 346 2494
Email: stephen_mccue@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:3147, WARRANT AND PETITION
TO REVOKE SUPERVISED
RELEASE OUT OF THE DISTRICT
OF ARIZONA

**Disposition**

**Plaintiff**

USA

represented by **James D Tierney**
US Attorney's Office - ABQ

PO Box 607
Albuquerque, NM 87103
Email: jim.tierney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/23/2007 | 1 | Rule 40 Documents Received Warrant and Petition to Revoke Supervised Release out of the District of Arizona as to Theresa Wagon (ma) (Entered: 07/23/2007) |
| 07/23/2007 | | Arrest of Theresa Wagon (ma) (Entered: 07/23/2007) |
| 07/23/2007 | | Set/Reset Hearings as to Theresa Wagon: Initial Appearance set for 7/24/2007 09:30 AM in Albuquerque - 440 Hondo Courtroom before Magistrate Judge Don J. Svet. (ma) (Entered: 07/23/2007) |
| 07/24/2007 | 2 | Clerk's Minutes for proceedings held before Judge Don J. Svet :Initial Appearance as to Theresa Wagon held on 7/24/2007 ; Govt moves to detain; Deft remanded to custody of USMS (Tape #FTR/HONDO.) (ma) (Entered: 07/24/2007) |
| 07/24/2007 | 3 | MOTION to Detain by USA as to Theresa Wagon. (mlg) (Entered: 07/24/2007) |
| 07/24/2007 | 4 | ORDER of temporary detention as to Theresa Wagon by Judge Don J. Svet Detention Hearing for Rule 5 set for 7/25/2007 09:30 AM in Albuquerque - 440 Hondo Courtroom before Magistrate Judge Don J. Svet. (ma) (Entered: 07/24/2007) |
| 07/25/2007 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Theresa Wagon Stephen P. McCue for Theresa Wagon appointed. by Judge Don J. Svet (ma) (Entered: 07/25/2007) |
| 07/25/2007 | 6 | Clerk's Minutes for proceedings held before Judge Don J. Svet :Detention Hearing for Rule 5 in case as to Theresa Wagon held on 7/25/2007 ; Deft waives identity hearing and is remanded to custody to be committed to the District of Arizona (Tape #FTR/HONDO.) (ma) (Entered: 07/25/2007) |
| 07/25/2007 | 7 | WAIVER of Rule 5 and 5.1 Hearings by Theresa Wagon (dds) (Entered: 07/25/2007) |
| 07/25/2007 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Theresa Wagon. Defendant committed to District of Arizona @ Phoenix by Magistrate Judge Don J. Svet (dds) (Entered: 07/27/2007) |
| 08/03/2007 | 10 | LETTER committing Theresa Wagon to the District of Arizona @ Phoenix pursuant to the Commitment Order (dds) (Entered: 08/03/2007) |

# CLERK'S MINUTES OF HEARING

HEARINGS BEFORE      DON J. SVET, U. S. Magistrate Judge

KIND OF HEARING **INITIAL PRESENTMENT**

**DEFENDANTS:**

**THERESA WAGON**                CASE NO. **07-mj-1487**
                                          **07-mj-1488**

                                 DATE: **July 24, 2007**      Clerk: **M. Archuleta**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**JAMES BRAUN**    AUSA    **PRO SE** Ret-CJA-AFPD

**Sandra Avila-Toledo** PTS/PROB    **none** Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

FTR/HONDO

10:29 am         Court
10:33 am    end

**(4 min)**

**HEARING RESULTS/FINDINGS:**

      Defendant sworn

**X**    Defendant advised of rights.

**X**    Defendant wants court appointed attorney

**X**    Government moves to detain.

**X**    Defendant(s) remanded to custody

      Conditions of Release set at:

**X**    Other: **FIRST APPEARANCE**; Detention/preliminary set for 7/25/07 at 9:30 a.m. before Judge Svet.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
At Albuquerque NM
JUL 2 4 2007
MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Theresa Wagon,

Defendant.

CR No. 07-mj-1487
07-mj-1488

## MOTION FOR DETENTION HEARING

Pursuant to 18 U.S.C. § 3142(e), Plaintiff moves the Court to conduct a detention hearing and thereafter order that defendant be detained prior to trial, and as grounds therefor states:

That defendant is a flight risk and a danger to the community.

Respectfully submitted,

LARRY GOMEZ
Acting United States Attorney

James R.W. Braun
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

# United States District Court

District of New Mexico

UNITED STATES OF AMERICA

V.

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

**THERESA WAGON**

Defendant

Case Number: **07-mj-1488**

Upon motion of the   **UNITED STATES OF AMERICA**  , it is ORDERED that a detention hearing is set for **Wednesday, July 25, 2007**   * at   **9:30 a.m.**

before   **Honorable Don J. Svet**

Name of Judicial Officer
Albuquerque, New Mexico

Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.

Other Custodial Official

Date: July 24, 2007

Judicial Officer

**DON J. SVET**
**U.S. Magistrate Judge**

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.§3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C.§3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

# CLERK'S MINUTES OF HEARING HONDO COURTROOM

HEARINGS BEFORE     **DON J. SVET, U. S. Magistrate Judge**

KIND OF HEARING  **DETENTION/RULE 5/IDENTITY**

**DEFENDANTS:**

**THERESA WAGON**         CASE NO. 07-mj-1487
                                        07-mj-1488

DATE: **July 25, 2007**     Clerk: **M. Archuleta**

NAMES AND TITLES OF OTHER PARTICIPANTS:

**JAMES BRAUN**     AUSA     **STEPHEN McCUE,**   Ret-CJA-AFPD

**Jason Beaty**  PTS/PROB     **none**  Interpreter

| FTR GOLD | SPEAKER | TAPE NO. | SPEAKER |

FTR/HONDO

| | |
|---|---|
| 9:37 am | McCue |
| 9:38 am | Court |
| 9:39 am  end | |

**(2 min)**

## HEARING RESULTS/FINDINGS:

**X**     Defendant waives Identity Hearing

         Defendant stipulates to detention at this time.

**X**     Court finds defendant identified.

**X**     Defendant(s) in custody

         Conditions of Release set at:

**X**     Other  **Defendant removed to the District of Arizona.**

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

FILED At Albuquerque NM

JUL 25 2007

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA

vs.

Theresa Wason
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: 07 MJ 1487
             07 MJ 1488

CHARGING DISTRICT'S
CASE NUMBER: CR 01-1030-02 PCT FJM
             CR 04-1000-1 PHX SRB

I understand that charges are pending in the _____ District of Arizona alleging violation of Supervised Release 18 USC 5J58) (Title and Section) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing

( ~~ ) ~~preliminary hearing~~

( ✓ ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

7/25/07
Date

_____
Defense Counsel

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW MEXICO

**FILED** At Albuquerque NM
JUL 26 2007
MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA
vs.
THERESA WAGON

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR 01-1030-02-PCT-FJM | 07-MJ-1488 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☐ Complaint  **X** Other (specify) Petition

charging a violation of U.S.C. §

**DISTRICT OF OFFENSE**
DISTRICT OF ARIZONA

**DESCRIPTION OF CHARGES:**

PETITION TO REVOKE SUPERVISED RELEASE

**CURRENT BOND STATUS:**
☐ Bail fixed at                  and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
**X** Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  **X** Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** **X** No  ☐ Yes  Language:

DISTRICT OF NEW MEXICO

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

July 25, 2007
Date

_____
Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |